UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CHILDREN'S HOSPITAL AND RESEARCH CENTER OAKLAND, a California nonprofit public benefit Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>HEALTHPLAN OF NEVADA, INC., a Nevada for profit corporation and DOES 1 THROUGH 25, INCLUSIVE,<br><br>Defendants. | Case No: C 10-0282 SBA<br><br>**ORDER DENYING DEFENDANT'S APPLICATIONS FOR COUNSEL TO APPEAR PRO HAC VICE**<br><br>Docket 8, 9 |

Defendant's applications for counsel to appear pro hac vice (Docket 8 and 9) fail to comply with the requirements of Civil Local Rule 11-3. Counsel are advised to review the Court's Website at the tab designated "For Attorneys," which contains PDFs of the appropriate forms. Accordingly,

IT IS HEREBY ORDERED THAT Defendant's applications for counsel to appear pro hac vice are DENIED WITHOUT PREJUDICE. This Order terminates Docket Nos. 8 and 9.

IT IS SO ORDERED.

Dated: March 17, 2010

SAUNDRA BROWN ARMSTRONG
United States District Judge