CHARLES I. EISNER, Esq.
California Bar No. 061033
JASON O. BALOGH, Esq.
California Bar No. 238199
BOORNAZIAN, JENSEN & GARTHE
555 12th Street, Suite 1800
P.O. Box 12925
Oakland, CA 94604-2925
Telephone: (510) 834-4350
Facsimile: (510) 839-1897

JOHN P. DESMOND, ESQ.
California Bar No. 176430
jpd@jonesvargas.com
CONSTANCE L. AKRIDGE, ESQ.
*(Admitted Pro Hac Vice)*
cakridge@jonesvargas.com
MATTHEW T. MILONE, ESQ.
*(Admitted Pro Hac Vice)*
mmilone@jonesvargas.com
JONES VARGAS
3773 Howard Hughes Parkway
Third Floor South
Las Vegas, Nevada 89169
Telephone: (702) 862-3300
Facsimile: (702) 734-2722
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHILDREN'S HOSPITAL AND RESEARCH CENTER OAKLAND, a California nonprofit public benefit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>HEALTH PLAN OF NEVADA, INC., a Nevada for profit corporation; and DOES 1 through 25, inclusive,<br><br>Defendants. | CASE NO.: c 10-0282 SBA<br><br>JUDGE: HONORABLE SAUNDRA B. ARMSTRONG<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**<br><br>**Original removal filed January 20, 2010** |

Plaintiff CHILDREN'S HOSPITAL AND RESEARCH CENTER OAKLAND, by his attorneys, Stephenson, Acquisto & Colman, and Defendant HEALTH PLAN OF NEVADA, INC.,

by its attorneys Jones Vargas and Boornazian, Jensen & Garthe, hereby stipulate and agree to jointly that:

1. The parties have resolved this case;

2. This case should be dismissed with prejudice pursuant to the terms of a confidential settlement agreement; and

3. Each party shall bear its own fees and costs.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

DATED: Oct 5, 2010

STEPHENSON, ACQUISTO & COLMAN

_____
ALEKSANDRA SAROSIEK
Attorneys for CHILDREN'S HOSPITAL AND RESEARCH CENTER AT OAKLAND

DATED: 10/12/2010

JONES VARGAS

_____
MATTHEW T. MILONE
(Admitted Pro Hac Vice)
Attorneys for HEALTH PLAN OF NEVADA, INC.

### ORDER

IT IS SO ORDERED.

DATED this 20th day of October, 2010.

_____
UNITED STATES DISTRICT JUDGE

Page 2 of 2